**Randolph A. WATTERSON,**
**Plaintiff—Appellant,**

and

**Willie C. Glascoe, Plaintiff,**

v.

**Duane TERRELL, Assistant Superintendent at Marion Corr. Inst.; Marcella Faircloth, Lieutenant at Marion Corr. Inst.; Captain Copening, at Marion Corr. Inst.; Virginia Brookshire, Mailroom Worker at Marion Corr. Inst.; Newton, Assistant Unit Manager at Marion Prison; J. Washburn, Sgt at Marion Prison, Defendants—Appellees,**

and

**Derrick E. Fox, Officer; Boone, Officer, Defendants.**

No. 11–7373.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 23, 2012.
Decided: Feb. 27, 2012.

Randolph A. Watterson, Appellant Pro Se. Lisa Yvette Harper, Assistant Attorney General, Raleigh, North Carolina, for Appellees.

Before MOTZ, DAVIS, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Randolph A. Watterson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Watterson v. Terrell,* No. 1:10–cv–00184–RJC, 2011 WL 4595276 (W.D.N.C. Sept. 30, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*